BRODSKY MICKLOW BULL & WEISS LLP
Edward M. Bull III, State Bar No. 141966
Kurt Micklow, State Bar No. 113974
1070 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone:   (510) 268-6180
Facsimile:    (510) 268-6181

Attorneys for Plaintiff
SONIA MOUNTJOY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SONIA MOUNTJOY | ) Case No.: 2:18-CV-00075-TLN-EFB |
|---|---|
| Plaintiff, | ) STATUS REPORT RE SERVICE ABROAD |
| vs. | ) AND REQUEST FOR ADDITIONAL TIME |
|  | ) TO COMPLETE SERVICE IN GREECE AND |
| STAM SHIPPING SA; ACER MARITIME, INC., in personam; M/V CASSIOPEIA STAR, her engines, tackle, furniture, apparel, etc., in rem; DOES 1-10 | ) **ORDER THEREON** |
| Defendants. | ) |

On April 11, 2018, Plaintiff filed a Status Report and Request for Continuance to complete service abroad (in Athens, Greece, pursuant to the Hague convention) of defendants STAM SHIPPING SA and ACER MARITIME, INC, (Doc. 4).   On April 30, 2018, the Court issued a minute order granting Plaintiff's request and giving Plaintiff 90 days to file a proof of service or a further status report and request for additional time (Doc. 5).

As previously reported, Plaintiff has submitted the appropriate papers and her summons and complaint (translated into the Greek language) to the Greek "receiving authority" (the Ministry of

1

STATUS REPORT RE SERVICE ABROAD                              Case No 2:18-CV-00075-TLN-EFB

Justice, Transparency & Human Rights) for service in Greece. Although requests to the Ministry of Justice for an estimated service time and a status on service have gone unanswered, on May 29, 2018 counsel for Plaintiff were contacted (via email) by the Ministry asking that proof of the payment of the service fee of 50 Eros (via wire transfer) be submitted to the Ministry. A copy of the wire transfer confirmation from Wells Fargo Bank was promptly provided. However, counsel were again contacted by email on June 12, 2018, and instructed that a "signed" proof of payment had to be provided. Thus, a formal signed letter attesting to the payment, and an additional copy of the wire confirmation were submitted on June 13, 2018. Since this time counsel for Plaintiff have received no further communications from Hellenic Ministry of Justice, nor have counsel received a proof of service.

      Plaintiff is pleased to have confirmation that the service materials have been received (something that is often difficult to obtain), and Plaintiff assumes all papers were deemed to be in proper order (with only a proof of payment of the service fee having been requested). However, Plaintiff remains unable to know when service will be completed, and requests that she be given an additional sixty (60) days to complete service, and either file a proof of service, or a further status report and request for additional time to complete service.

      Respectfully submitted,

DATED: July 27, 2018                        BRODSKY MICKLOW BULL & WEISS LLP

                                               By  /s/ Edward M. Bull III
                                                       Edward M. Bull III
                                                       Kurt Micklow

Attorneys for Plaintiff
SONIA MOUNTJOY

STATUS REPORT RE SERVICE ABROAD                    Case No 2:18-CV-00075-TLN-EFB

**ORDER GRANTING ADDITIONAL TIME TO SERVE SUMMONS AND COMPLAINT**

Having reviewed the Status Report Re Service and Request for Additional Time, and given the complexities and delays reasonably expected to be encountered in completing service in Greece pursuant to the Hague Convention, and based on the express terms of Rule 4(m), IT IS HEREBY ORDERED THAT:

Plaintiff Shall have 60 additional days from the date of this Order to either complete service in Greece, and file a proof of service herein, or submit a further status report and request for additional time to complete service.

IT IS SO ORDERED.

DATED: August 10, 2018

Troy L. Nunley
United States District Judge