| | |
|---|---|
| 1 | BRODSKY MICKLOW BULL & WEISS LLP |
| | Edward M. Bull III, State Bar No. 141966 |
| 2 | Kurt Micklow, State Bar No. 113974 |
| | 505 14TH Street, Suite 900 |
| 3 | Oakland, California 94612 |
| | Telephone:   (510) 268-6180 |
| 4 | Facsimile:    (510) 268-6181 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | SONIA MOUNTJOY |
| 7 | |
| | KEESAL YOUNG & LOGAN |
| 8 | John D. Giffin, State Bar No. 89608 |
| 9 | 450 Pacific Avenue |
| | San Francisco, CA 94133 |
| 10 | |
| 11 | Attorneys for Defendants |
| | STAM SHIPPING SA |
| 12 | and |
| | ACER MARITIME, INC., |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA MOUNTJOY | Case No.: 2:18-CV-00075-TLN-JDP |
|   Plaintiff, | **STIPULATION AND ORDER REGARDING MEDIATION COMPLETION DATE** |
| vs. | |
| STAM SHIPPING SA; ACER MARITIME, INC., in personam; M/V CASSIOPEIA STAR, her engines, tackle, furniture, apparel, etc., in rem; DOES 1-10 | |
|   Defendants. | |

Plaintiff SONIA MOUNTJOY and Defendants STAM SHIPPING SA and ACER MARITIME, INC. (the "Parties") hereby submit their Stipulation and Proposed Order Regarding Mediation Completion Date as follows:

WHEREAS the Court has set a deadline for the completion of a mediation in this case for May 25, 2021 (See Order filed April 1, 2021, DOC 19); and

WHEREAS the parties are working to schedule a "global" mediation with the parties herein, and the parties to a companion worker's compensation claim being prosecuted by Plaintiff under the Longshore and Harbor Workers Compensation Act (the "LHWCA); and

WHEREAS the parties hereto have selected a mediator and had secured a mediation date of May 20, 2021; and

WHEREAS the parties have attempted to arrange for the participation of the employer in the LHWCA compensation claim; and

WHEREAS counsel for the employer in the LHWCA compensation claim is not available to participate on the date selected; and

WHEREAS the parties paries hereto have scheduling conflicts that prevent them from participating in a mediation after May 25, 2021 (unitl June 21, 2021); and

WHEREAS the statutory right of the employer in a LHWCA compensation claim to recover its lien for past benefits paid (currently exceeding $600,000 in the present action) from any recovery from any third party, and its right to grant or withhold its consent to any settlement of any third-party civil actions under the LHWCA, make it critical in such cases that the parties to both cases participate in any mediation or other settlement process:

WHEREFORE the Parties stipulate, and hereby respectfully request that the Court allow the parties thirty (30) additional days (until June 25, 2021) to complete a global mediation.

SO STIPULATED:

DATED: May 18, 2021           BRODSKY MICKLOW BULL & WEISS LLP

                              By  /s/ Edward M. Bull III
                                   Edward M. Bull III
                                   Kurt Micklow

                              Attorneys for Plaintiff
                              SONIA MOUNTJOY

DATED: May 18, 2021           KEESAL YOUNG & LOGAN

                              By  /s/ John D. Giffin
                                   John D. Giffin

                              Attorneys for Defendants
                              STAM SHIPPING SA and
                              ACER MARITIME, INC.

# ORDER

Given that the parties plan to complete a global mediation before trial, and the statutorily mandated need for the participation of the non-party workers' compensation paying employer, the Court finds that good cause exists to grant the parties 30 additional days (until June 25, 2021) to complete a global mediation.

IT IS SO ORDERED.

DATED: May 19, 2021

Troy L. Nunley
United States District Judge